David L. Scott   vs.   Pres. Donald Trump; Whitehouse

3-20CV3110-L

## I.

In violation of articles of the Constitution of these United States of America.

## II.

Witheld information of a deadly virus, towit Covit-19.

Avoiding the seriousness of Covid-19, precious time was lost.

The death and infection rate could have been lower. "Now 210,000+ Americans."

## III.

I ask for monitary damage, in the amount of 210,000,000. dollars. For the 210,000,000. + families who suffered lost of life.

I also request 750,000.⁰⁰ for my phsycological stress. Which caused my health condition to escalate.

P.1 of 2

I pray my efforts will cause future govt. officials, to recognize the laws of the Constitution of these United States of America.

10-06-20     David L. Scott
             Petitioner
             [signature]

Notary      Wendy Allen   10/6/2020

WENDY LYNN ALLEN
My Notary ID # 12127352
Expires February 7, 2022

P. 2 of 2                               CC file



David E. Scott
3326 Burgoyne st.
Dallas, Tx. 75233

NORTH TEXAS TX P&DC
DALLAS TX 750
7 OCT 2020  PM 4  L

Federal District Court
1100 Commerce st.
Dallas Texas 75202

Attn: Clerk office    75242-102799

RECEIVED-5
OCT 13 2020
MAILROOM